**Order entered April 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01224-CR

**TRAYVON DONTARIO HATTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80148-2014**

## ORDER

Appellant's March 30, 2015 third motion to extend the time to file appellant's brief is

**GRANTED**.  The time to file appellant's brief is **EXTENDED** to **May 1, 2015**.  If appellant's

brief is not filed by May 1, 2015, this appeal will be abated so that the trial court can make

findings in accordance with rule of appellate procedure 38.8.


/s/     LANA MYERS
            JUSTICE